

ELLOREE A. GANES
*Partner*
**DIRECT DIAL**: (843) 577-1208
**E-MAIL**: Elloree.Ganes@hoodlaw.com

December 29, 2014

<u>*Via Electronic Filing*</u>
The Honorable J. Michelle Childs
Magistrate Judge Kaymani D. West
U.S. District Judge
901 Richland Street
Columbia, SC 29201

  Re: Demin L. White v. Charleston County Detention Center, Charleston County Sheriff's Department, Al Cannon, Sheriff of Charleston County official and individual capacities
    C/A No. & Jurisdiction: 5:13-cv-02960-JMC-KDW
    HLF File No. 1.193

Dear Judge Childs and Judge West:

  I am writing to notify the Court that the above-referenced case was resolved at the recent mediation. If you have any questions or need any additional information, please do not hesitate to contact me.

  Thank you again for your referral of this matter.

  Kind regards,

    Yours truly,

    **s/ Elloree A. Ganes**

    Elloree A. Ganes

EAG/edj

172 Meeting Street, Charleston, SC  29401
*Phone: (843) 577-4435  •  Fax: (843) 722-1630  •  Email: Info@hoodlaw.com*
www.hoodlaw.com